No. 493. SNYDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 494. COLE, ADMINISTRATRIX *v.* SUNRAY DX OIL Co. ET AL. Sup. Ct. Okla. Certiorari denied. *Thomas G. Smith* for petitioner. *John F. Curran* for respondent Sunray DX Oil Co., and *C. Harold Thweatt* for respondent Ambassador Oil Corp.

No. 501. HOWELL *v.* MARYLAND. Ct. App. Md. Certiorari denied. *Morgan L. Amaimo* for petitioner.

No. 182. SECURITY SEWAGE EQUIPMENT Co. *v.* WOODLE. Sup. Ct. Ohio. Certiorari denied. *Ralph Rudd* for petitioner.

MR. JUSTICE BLACK, dissenting.

Respondent Woodle, an attorney, sued petitioner, a corporation, for lawyer's fees. The company defended in part on the ground that Woodle had been guilty of malpractice in rendering the contested services. The corporation also wanted to file a counterclaim for damages arising from this alleged malpractice, but the company's lawyer would not do so. Petitioner was unable to find any lawyer who would file the claim and so the company's manager, not himself a lawyer, filed a counterclaim. The trial court dismissed the pleading, apparently because it had not been prepared by a lawyer and under Ohio law corporations can appear in court only when represented by counsel.

After considerable procedural juggling the Supreme Court of Ohio dismissed the company's appeal, stating that "no substantial constitutional question exists